

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00756-CV

**GRAPEVINE GROUP CONCRETE CONTRACTORS, INC**.,
Appellant

v.

**YC PARTNERS, LTD**. d/b/a Yantis Company and Yantis Corporation,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05255
Honorable Aaron Haas, Judge Presiding

# O R D E R

On December 12, 2022, court reporter Blanca Espericueta filed a notification of late record stating she had not filed the record because appellant has not paid or made arrangements to pay her fee to prepare the record and appellant is not entitled to the record without paying the fee. On December 16, 2022, we ordered appellant to provide written proof to this court by December 27, 2022 showing either (1) the fee had been paid or arrangements had been made to pay the fee, or (2) appellant is entitled to appeal without paying the fee. On December 27, 2022, appellant responded to our order and provided written proof showing it has made satisfactory payment arrangements with Ms. Espericueta. Accordingly, we **order** Ms. Espericueta to file the reporter's record **by January 30, 2023**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court